IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 07-32943-H5-7 |
| | § | |
| ANDREWS, DANNY & MELINDA | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |

**MOTION TO PAY FUNDS INTO THE REGISTRY**
**UNDER 11 U.S.C. § 347(a)**

The undersigned Trustee reports:

__x__   The dividends payable to the creditors listed on Exhibit "A" attached hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

_____   Payment has been returned as "attempted not known, return to sender", and the dividends payable to the creditors listed on Exhibit "A" attached hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and U.S.C. §347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 Title 28 (28 U.S.C. 2041, et seq.).

Dated this 19[h] day of October, 2011

/s/ Lowell T. Cage
_____
LOWELL T. CAGE, Trustee
5851 San Felipe, Suite 950
Houston, Texas 77057
(713) 789-0500

## DIVIDEND REPORT

Page No: 1

| Case No: | 07-32943-H5-7 | Date Printed: | 10/19/2011 |
| Case Name: | ANDREWS, DANNY STEVEN AND ANDREWS, MELINDA DI | Check Number: | 5005 |
| Trustee Name: | Lowell Cage | Check Date: | 09/14/2011 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 3 | CAPITAL ONE BANK<br>C/O Tsys Debt Mgmt<br>PO Box 5155<br>Norcross, GA 30091 | $1,606.82 | $1.97 |
| 4 | INTERNAL REVENUE SERVICE<br>Stp 5022-HOU<br>1919 Smith St<br>Houston, TX 770028028 | $161.29 | $0.20 |
| 7 | HSBC BANK NEVADA NA / HSBC CARD SERVIC<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark, NJ 071935480 | $562.37 | $0.69 |
| 9 | WOODLANDS NORTH HOUSTON<br>Dept 102<br>PO Box 4248<br>Houston, TX 772104248 | $602.00 | $0.74 |
| 11 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701 | $1,872.44 | $2.29 |

**Total Check Amount:** $5.89